FILED
12/18/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**UNITED STATES DISTRICT COURT**
**OF**
**SOUTHERN DISTRICT OF INDIANA**

        Northwest Amexem/North America
        Moorish Divine and National Movement
        In Propria Person, Sui Heredes
        In Full life, Constitutional, De jure
        (Not a 14th Amendment citizen)
        Occupant in the Executor Office.
        JOSEPH DUWAYNE----TUNSTILL, Estate.
        West U.S Highway ---- Forty, one nine four six
        Greencastle. TUNSTILL Province.
        Turtle Islands.
        Near. [46135-9998].
        **Claimant at Law,**

**COMPLAINT**

-V-        CIVIL ACTION NO #  2:20-cv-0671-JRS-MJD

Dushan Zatecky d/b/a PUTNAMVILLE CORRECTIONAL FACILITY (ISF) WARDEN

1946 WEST U.S. HIGHWAY 40

GREENCASTLE, INDIANA 46135


T. Phegley d/b/a PUTNAMVILLE CORRECTIONAL FACILITY (ISF) DEPUTY WARDEN

1946 WEST U.S. HIGHWAY 40

GREENCASTLE, INDIANA 46135


T. Hartzell d/b/a PUTNAMVILL CORRECTIONAL FACILITY (ISF) DEPUTY WARDEN

1946 WEST U.S. HIGHWAY 40

GREENCASTLE, INDIANA 46135

OFFICER Maselin d/b/a PUTNAMVILLE CORRECTIONAL FACILITY (ISF) INTERNAL AFFAIRS

1946 WEST U.S. HIGHWAY 40

GREENCASTLE, INDIANA 46135


OFFICER Wire d/b/a PUTNAMVILLE CORRECTIONAL FACILITY (ISF) INTERNAL AFFAIRS

1946 WEST U.S. HIGHWAY 40

SCANNED at Putnamville and Emailed on
12/18/2020 by MK - 5 pages.
(date)    (initials)  (num)

Birthrights, and Constitutional Rights at all times at no time do Yusuf Hotep-El waive one's rights.

## STATEMENT OF FACTS
### CAUSE OF ACTION

Come Now, Yusuf Hotep-El in Propria Persona, Sui Juris, and Ward of the State under Threat, Duress, and Coercion Yusuf Hotep-El been kidnapped and confined to the Putnam Ville Correction Facility.

The Staff/Employees STATE OF INDIANA, PUTNAMVILLE CORRECTIONAL FACILITY (ISF) by the name of Mrs. Maselin, Mr. Wire, Mr. Kennedy, all d/b/a INTERNAL AFFAIRS OF (ISF), and Sgt. Crabb /d/b/a CUSTODY SERGEANT OF (ISF),Brian Smith d/b/a WARDEN OF (ISF), T. Phegley d/b/a DEPUTY WARDEN OF (ISF) T. Hartzell d/b/a DEPUTY WARDEN OF (ISF)   have executed or participated in acts to hinderous and/or cause injuries act on the Free Moorish American National by their action defamation of character by placing Security Threat Group(STG) Titles for a Israelite religious sign called Hey, when doing a shake down while Yusuf Hotep-El was in school.  They use such propaganda to defame one's free National Name, Nation, and spirituality for the sake of targeting, harassing, prejudicing and committing bias acts of discrimination and making Yusuf Hotep-El part of a caste system to allow this staffs, employees, administration, STATE OF INDIANA as a hole to attack one reputation, character physically, mentally. This encounter took place on 09-24-2019, initiated from one mailing out documentation on 09-19-2019 into United States Postal Services via (ISF) law library. Then hide behind IDOC policy, STATE OF INDIANA veil. By this agency stealing this legal mail than they have committed theft, simulation of LEGAL PROCESS, Mail Fraud Federal Offense by stealing the free National Yusuf Hotep-El Legal mail 10-01-2019.

On 09-19-2019  Yusuf Hotep-El did in fact Place into the legal mail in the Law Library of (ISF) documentation #'s 06112018-1-YH-ROS, 01162019-5-YH, 07252019-YH-02-CC, 07252019-YH-01-CC, AT-YH-051718-NOJ-MYWILL, 06112018-2-YH-CLC, 06112018-3-YH-HIA, 06112018-04-YH-POA, ES-YH-051718-2-EXEC.& SUCC., DS-YH-051718-DES SPEC, 01022019-1-YH-LOC, 01022019-2-YH-LOC, 05092019-01-JT-LOR, MAC-MV REV 08-31-1438.  Check# 93166. Multiple documents sent via United States Postal Service to Putnam County Recorder, Putnam County Courthouse Room 25, 1 Courthouse Square, Greencastle, Indiana 46135 in effort to get my documents recorded on the public record etc. One left the envelop open so the check of ($40) forty dollars and zero cents can be place in to the envelope, I also placed self-addressed envelope in the legal mail so my documentation can be return to myself after being recorded on public record. The reason for Mr. Kennedy demonstrating this acts is another title Paperwork Terrorism as he stated in the hallway of the school at (ISF) location. Only after Sgt. Crabb invaded my legal documents without my presents. On this day these individuals demonstrate an act of DEFAMATION OF CHARACTER by placing fraudulent titles of Security Threat Group (STG), which goes out to all foreign agencies INDIANA STATE POLICE, HOMELAND SECURITY, FBI agency etc. Therefore for the record I do not consent to any derogatory, defaming titles imposed by any foreign entities choosing to deprive me of my Inalienable Rights, Birthrights, and Constitutional Rights period. On 10-01-2019 one

received notice one's have legal mail. Upon standing in the Legal Mail Line I viewed Mrs. McMahon with a clear bag of legal mail and take it out of the bag and enter the mail room. Than Ms. Maselin comes walking in with my package in her hand, how I knew it was my package was I place multiple(11) Purple Heart United States Postal Stamps on my package with sender and receiver location of 1946 West U.S. Highway 40 Greencastle, Indiana 46135. After getting to the front of the line I sign the Legal mail log. I enter the office were the examination machine was present. Mr. Treash d/b/a UNIT TEAM MANAGER OF (ISF), Mrs. McMahon d/b/a CASEWORK MANAGER OF (ISF) with Ms. Maselin d/b/a INTERNAL AFFAIRS OF (ISF). Mrs. McMahon found my envelope on the desk than she opened the envelope and tossed the envelope into the trash until I requested a copy of the envelope, then the envelope was copy. Mrs. McMahon placed every document on the machine for examination. Every document passed the inspection via the machine in the office. After this Ms. Maselin begin to question about the 2 cent postal stamp place the top right hand corner on of my document with a red thumb print with my appellation going across the 2 cents stamp in a 45 degree angle. Yusuf Hotep-El the Claimant at Law Occupant of the Executor Office, JOSEPH DUWAYNE---- TUNSTILL, estate and I do not waive any of my rights to transit of the United States Postal Service for the record. The Claimant at Law did in fact grievance thru this agency pursuant this policy yet the Grievance officer refused to accept said grievance by denial is clearly waiver of such administrative process to remedy one's claim also denial of due process.

Ms. Maselin started taking pages to the stake of document in which I did consent. On top of this Agents and Agency examining mail and/or tempering with the outgoing United States Postal Mail service on 09-19-2019, the same documents mailed to Putnam County Recorder and back to this location. Ms. Maselin then called Mr. Wire d/b/a INTERNAL AFFAIRS OF (ISF). While waiting for Mr. Wire to come the Office. Mr. Treash fill out a Confiscation Form for the check made out Putnam County Recorder for $40, in which I signed under Threat, Duress, and Coercion. Then Mr.Wire shows up to the office were Ms. Maselin keep pointing at one of the names on my document Brian Smith as well as the 2 cent stamp. Mr. Wire took all my documents I requested that they be count as he did so. But I never was giving any documentation to show how many pages was stolen, nor copies of any confiscation forms. This is further notice of all agents involved have violated one's copyright infringement for the record, 06112018-2-Y-CLC.

Wherefore Yusuf Hotep-El Affirm under the penalty of perjury that this Affidavit is true correct and not misleading to the best of my Knowledge. PER U.S.C TITLE 28 SEC. 1746

Yusuf Hotep-El give notice and declare that Yusuf Hotep-El Head of the Estate, Holder-in-Due-Course, and Foreign to colorable law, and this document is under the Secured Party's sole (private) jurisdiction. This document was created exclusively by the Secured Party Creditor Yusuf Hotep-El

## PRAYER FOR RELIEF

**Wherefore**, Creditor/Executor respectfully prays/commands that this Agency enter judgment granting Plaintiff.

A declaration that the actions and omission described herein violated Plaintiff Rights under the Constitution and Law of the United States.

Compensatory and/or nominal damages in the amount of 1,000,000 against each defendant, jointly and severally.

Punitive damages in the amount of $1,000,000 against each defendant.

A jury trial on all issues.

Creditor cost in the suit.

Any additional relief this court deems just, proper, and equitable.

"By: _____"

Yusuf Hotep-El In Propria Persona.
Occupant in the Executor Office.
JOSEPH DUWAYNE----TUNSTILL, Estate.
West U.S Highway Forty-one nine four six.
Greencastle. TUNSTILL Province.
Turtle Islands.
Near. [46135-9998]

## JURAT

Subscribed and sworn to before me this 17st day of December, 2020

My Commission Expires:

09 / 09 / 2028
Mo.  Day  Year

Clay
County of Residence

MARAH KELLEY
Notary Public, State of Indiana
Clay County
Commission Number NP0728655
My Commission Expires
September 09, 2028

_____
Notary Public Signature

Marah Kelley
Name Printed

## DISCLAIMER

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTE PURSUANT TO PUBLIC LAW 88-244, DECEMBER 30, 1963, IS DONE WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STAND SO UNLESS LAWFULLY PROTESTED BY ANY CONCERCED PARTY(IES).