UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| YUSUF HOTEP-EL, | ) |
|       Plaintiff, | ) ) ) |
|       v. | )   No. 2:20-cv-00671-JRS-MJD ) |
| DUSHAN ZATECKY, <br> T. PHEGLEY, <br> T. HARTZELL, <br> MASELIN, <br> WIRE, | ) ) ) ) ) ) |
|       Defendants. | ) |

**ORDER DISMISSING CASE AND DIRECTING ENTRY OF FINAL JUDGMENT**

On January 4, 2021, the Court granted Mr. Hotep-El's motion for leave to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of Nineteen Dollars and Seventy-Seven Cents ($19.77) by February 1, 2021. Dkt. 6. On February 2, 2021, Mr. Hotep-El paid a portion of the initial partial filing fee, totaling Five Dollars ($5.00). Dkt. 7. The Court directed the plaintiff to pay the remaining balance owed by May 31, 2021, in a final opportunity to resolve the filing fee in this action or to explain why doing so was not possible. The Court warned Mr. Hotep-El that if he failed to do so by this date, this action would be dismissed without further warning. Dkt. 8.

Mr. Hotep-El has not paid the full amount of the assessed initial partial filing fee or demonstrated why doing so is not possible, and he has failed to comply with Court orders. Accordingly, this action is now **dismissed without prejudice**.

Final judgment in accordance with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 6/4/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

YUSUF HOTEP-EL
531082
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135