UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| YUSUF HOTEP-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00671-JRS-MJD |
| | ) |
| DUSHAN ZATECKY, | ) |
| T. PHEGLEY, | ) |
| T. HARTZELL, | ) |
| MASELIN, | ) |
| WIRE, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice**.

Date: 6/4/2021

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

YUSUF HOTEP-EL
531082
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135